UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Joseph Rummans, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:18cv1766 UNA |
| | ) |
| Chester Bross Construction Company, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The above styled and numbered case was filed on October 16, 2018 and assigned to the Eastern Division.

After a review of the case, it was determined that the case was assigned incorrectly. The case should have been assigned to the Northern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Northern Division and randomly assigned to the Honorable Patricia L. Cohen, United States Magistrate Judge, under cause number 2:18cv00091.

**IT IS FURTHER ORDERED** that cause number 4:18cv1766 UNA be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: October 16, 2018       By: /s/ Michele Crayton
                                 Court Services Manager

**In all future documents filed with the Court, please use the following case number 2:18cv00091 PLC.**